UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20059-CR-King/Garber

UNITED STATES OF AMERICA,

v.

JERRY NORVELL DAVIS,

    Defendant.

_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King for a change of plea. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Tuesday, the 13th day of April, 2010, at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Wednesday, June 16, 2010, at 10:00 A.M. in Courtroom II, Eleventh Floor.**

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of March, 2010.

                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE