UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20059-CR-King/Garber

UNITED STATES OF AMERICA,

v.

JERRY NORVELL DAVIS,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the defendant's counsel's Motion to Advance Change of Plea Hearing [DE 25]. It appearing that good cause has been shown, it is hereby

ORDERED that the defendant's Motion is GRANTED, and it is further

ORDERED that the change of plea hearing originally scheduled for Tuesday, the 13th day of April, 2010, at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132, is hereby **rescheduled to Monday, April 5, 2010, at 2:00 P.M. Sentencing is scheduled for Wednesday, June 16, 2010, at 10:00 A.M. in Courtroom II, Eleventh Floor.**

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of April, 2010.

                                                        BARRY L. GARBER
                                                        UNITED STATES MAGISTRATE JUDGE